UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>Andrew McGregor,<br><br>       Defendant. | Case No. C 10-1587 M (JL)<br><br>CASE MANAGEMENT CONFERENCE ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, the above-entitled matter having been referred to the Hon. James Larson for resolution, a Case Management Conference is hereby set for **Wednesday, July 28, at 10:30 a.m.** in Courtroom F, United States District Court, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

IT IS SO ORDERED.

Date: June 3, 2010

_____
James Larson
United States Magistrate Judge

G:\JLALL\CASES\Student Loan\10-1587\CMCOrder.wpd