1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3
   Telephone: (510) 523-4702
4
   Attorney for the Plaintiff
5  United States of America

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CV 10 01587 SLM (JL) |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CMC FROM 12/29/10** |
| v. | |
| ANDREW MCGREGOR aka ANDREW W. MCGREGOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the Plaintiff, United States of America (Plaintiff, hereafter), by and through its attorney of record, and Defendant, Andrew McGregor aka Andrew W. McGregor (Defendant, hereafter), that the Case Management Conference in the above entitled matter set for December 29, 2010, at 10:30 A. M. in Courtroom F, be continued to a subsequent date such as January 5 or January 12, 2011.

The reason for this stipulation is to allow the parties to use the week between the holidays for personal matters.

SO STIPULATED.

Dated: December 7, 2010

_____
Andrew McGregor, defendant

Dated: December 7, 2010

_____
Michael Cosentino, Counsel for plaintiff