**MICHAEL COSENTINO, SBN 83253**
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702

Attorney for the Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>**ANDREW McGREGOR**, )<br>Defendant. )<br>_____ ) | Case No. C 10-01587 M (JL)<br><br>**PLAINTIFF'S UPDATED CASE MANAGEMENT STATEMENT WITH CERTIFICATE OF SERVICE BY MAIL ATTACHED**<br><br>Date : January 12, 2011<br>Time : 10:30 A. M.<br>Place: Magistrate Judge James Larson<br>Courtroom F<br>450 Golden Gate Avenue<br>San Francisco, CA |

**Plaintiff submits its updated Case Management Statement as follows.**

## DESCRIPTION OF THE CASE

**1. A brief description of the events underlying the action:**

Student loan totaling approximately $138,090.42 as of September 14, 2010.

**2. UPDATE:** Subsequent to the CMC held November 3, 2010, defendant submitted his offer, and the required documentation of finances, to settle this matter in full; thereafter, the plaintiff rejected the offer to settle in full. Nothing further regarding settlement has occurred.

With regard to defendant retaining counsel, counsel for plaintiff has received nothing, nor heard anything, from the defendant or his alleged counsel.

Plaintiff CMC Statement; U.S. v McGregor C 10-01587 M JL

3. Plaintiff requests that the parties be given until February 1, 2011, to file dispositive motion(s).

Respectfully submitted,

Dated: January 6, 2011                /s/
M. COSENTINO, Counsel for the U.S.

The Case Management Conference is continued to March 9, 2011 at 10:30 a.m.

January 10, 2011

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the within above-entitled action; my business address is: 1070 Marina Village Parkway, Suite #206, Alameda, CA 94501.

On January 6, 2011, I served the

**PLAINTIFF'S UPDATED CASE MANAGEMENT STATEMENT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office box at Alameda/Oakland, California addressed as follows:

Andrew McGregor
833 Miller Avenue
South San Francisco, CA 94080-2432

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2011, at Alameda, California.

                                                /s/
                            MICHAEL COSENTINO